UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEBORAH WOLFF,<br><br>      Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>      Defendant. | Case No. CV-N-06-00192-BES-VPC<br><br>**ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

   Plaintiff Deborah Wolff and Defendant Wells Fargo Bank, N.A., by and through their respective counsels of record, hereby stipulate and respectfully request an order dismissing this action in its entirety with prejudice as to all parties named herein.  The parties have reached an out-of-court resolution of this matter.

. . .

. . .

. . .

. . .

. . .

1.

Each party shall bear their own costs and fees for the claims and causes of action dismissed by this Stipulation and Order. Further, this Court shall retain jurisdiction over any disputes arising under the parties' Settlement Agreement and Release of Claims.

Dated: May 31, 2007    Dated: June 1, 2007

/s/
BRIAN MORRIS, ESQ.
18603 Wedge Parkway, No. L-50
Reno, NV 89511
Attorney for Plaintiff

/s/
VERONICA ARECHEDERRA HALL, ESQ.
SANDRA KETNER, ESQ.
LITTLER MENDELSON
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV 89109
Attorneys for Defendant

**IT IS SO ORDERED:**

Dated: August 21, 2007

_/s/ Sandoval_
UNITED STATES DISTRICT JUDGE

Firmwide:82398643.1 040195.1034